**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-10325-TPA |
| | : | |
| **Rhonda Y Stearns,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: |
| **Rhonda Y Stearns,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>July 3, 2017</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst</u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Citibank / Sears
Citicorp Credit Services
Po Box 790040
Saint Louis, MO 63179-0040

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

State Farm Bank
Attn: Bankruptcy
Po Box 2328
Bloomington, IL 61702-2328

Ann E. Swartz
McCabe, Weisberg & Conway, P.C.
123 South Broad Street
Suite 1400
Philadelphia, PA 19109-1060

Tractor Supply / Cbsd
Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195-0363

Ally Bank
PO Box 130424
Roseville MN 55113-0004

First National Bank Of Pa
1 Fnb Boulevard
Hermitage, PA 16148-3363

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

State Farm Financial Services
1 State Farm Plaza
Bloomington, IL 61710-0001

Synchrony Bank / JCPenneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Ally Financial
200 Renaissance Center
Detroit, MI 48243-1300

Real Time Resolutions
Attn: Bankruptcy
Po Box 36655
Dallas, TX 75235-1655

Rhonda Y. Stearns
513 Russell Road
Cooperstown, PA 16317-3717

Titusville Consumer Discount Company
118 North Franklin Street
Titusville, PA 16354-1761