**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Rhonda Y. Stearns | : | Bankruptcy No: 17-10325-TPA |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Titusville Consumer Discount Company, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:**       **Titusville Consumer Discount Company**
**Incorrect Address:**   **117 North Franklin Street, Titusville, PA 16354-1760**
**Correct Address:**     **P.O. Box 342, Titusville, PA 16354-1760**

                                                  Respectfully Submitted,

Date: July 11, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors