IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 17-10325-TPA |
| | ) |
| RHONDA Y. STEARNS, | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) Docket No. |
| | ) |
| | ) Related to Docket No. 51 |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| RHONDA Y. STEARNS, NATHAN SAMUEL SEELY, and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF ALLY BANK FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **JANUARY 5, 2018** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **FEBRUARY 7, 2018 at 10:30 A.M.** before Judge Thomas P. Agresti, Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

| | |
|---|---|
| Date of service:  December 19, 2017 | */s/ Mark G. Claypool*<br>Mark G. Claypool<br>PA I.D. No. 63199<br>120 West Tenth Street, Erie, PA  16501<br>(814) 459-2800<br>Attorney for Movant/Applicant |

# 1874635.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 17-10325-TPA |
| | ) |
| RHONDA Y. STEARNS, | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) Docket No. |
| | ) |
| | ) Related to Docket No. 51 |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| RHONDA Y. STEARNS, NATHAN SAMUEL SEELY, and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

**CERTIFICATE OF SERVICE OF MOTION OF ALLY BANK
FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

TO PARTIES IN INTEREST:

I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Notice of Hearing on Ally Bank's Motion for Relief from Automatic Stay and Co-Debtor Stay, on the parties at the addresses on the attached service list, on December 19, 2017 by first class, United States mail, postage pre-paid.

The total number of parties served was   5   .

EXECUTED ON:  December 19, 2017

By:   /s/ *Mark G. Claypool*
Mark G. Claypool, Esquire
PA I.D. No. 63199
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, Pennsylvania  16501
(814) 459-2800

# 1874635.v1

## SERVICE MATRIX

**Via US Mail**

Rhonda Y. Stearns
513 Russell Road
Cooperstown, PA 16317

Nathan S. Seely
858 Fort LeBoeuf Trail Road
Titusville, PA 16354

**Via CM/ECF**

| | |
|---|---|
| Ronda J. Winnecour, Esquire | cmecf@chapter13trusteewdpa.com |
| United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Daniel P. Foster, Esquire | dan@mrdebtbuster.com |

# 1874635.v1