IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 17-10325-TPA |
| | ) | |
| RHONDA Y. STEARNS, | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) | Docket No. |
| | ) | |
| | ) | Related to Docket Nos. 51 and 53 |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RHONDA Y. STEARNS, NATHAN SAMUEL SEELY, and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) | |
| | ) | |
| Respondents | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay and Co-Debtor Stay filed and served on **December 19, 2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **January 5, 2018.**

It is hereby respectfully requested that the Order attached to the Motion for Relief from Automatic Stay and Co-Debtor Stay be entered by the Court.

Date: **January 8, 2018**

By: */s/ Mark G. Claypool*
Mark G. Claypool, Esquire
PA I.D. No. 63199
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461
(814) 459-2800
mclaypool@kmgslaw.com

# 1874837.v1