IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 17-10325-TPA |
| | ) | |
| RHONDA Y. STEARNS, | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) | Docket No. |
| | ) | |
| | ) | Related to Docket No. 55 |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RHONDA Y. STEARNS, NATHAN SAMUEL SEELY, and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) ) ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE ON
## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

TO PARTIES IN INTEREST:

I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Order of Court Granting Relief from Automatic Stay and Co-Debtor Stay, on the parties at the addresses on the attached matrix, on January 9, 2018 by first class, United States mail, postage pre-paid.

The total number of parties served was  5 .

EXECUTED ON:  January 9, 2018

By:  /s/ Mark G. Claypool
Mark G. Claypool, Esquire
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA  16501
814-459-2800
mclaypool@kmgslaw.com

## **SERVICE MATRIX**

**Via US Mail**

Rhonda Y. Stearns
513 Russell Road
Cooperstown, PA 16317

Nathan S. Seely
858 Fort LeBoeuf Trail Road
Titusville, PA 16354

**Via CM/ECF**

Ronda J. Winnecour, Esquire          cmecf@chapter13trusteewdpa.com

United States Trustee                ustpregion03.pi.ecf@usdoj.gov

Daniel P. Foster, Esquire            dan@mrdebtbuster.com

# 1877841.v1