**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-10325 |
| | : | |
| Rhonda Y Stearns, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 67 |
| Rhonda Y Stearns, | : | |
| Movant, | : | Hearing Date and Time: |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**APPLICATION TO APPOINT SPECIAL COUNSEL**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **July 6, 2019** according to Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **August 7, 2019 at 9:30 a.m.** before Judge THOMAS P. AGRESTI, in Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: **June 19, 2019**

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814-724-1165

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Application to Appoint Special Counsel AND Notice of Hearing** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **June 19, 2019**　　　　　　　　　By:　　/s/ *Clarissa Bayhurst*
　　　　　　　　　　　　　　　　　　　　　　　　　　CLARISSA BAYHURST, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814-724-1165
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814-724-1158

MAILING MATRIX

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Bank serviced by Ally Servicing LLC
P.O. Box 130424
Roseville, MN 55113-0004

Ally Financial
200 Renaissance Center
Detroit, MI 48243-1300

Lisa Cancanon
Weinstein & Riley, P.S.
lisac@w-legal.com

Citibank / Sears
Citicorp Credit Services
Po Box 790040
Saint Louis, MO 63179-0040

Mark G. Claypool
mclaypool@kmgslaw.com

First National Bank Of Pa
1 Fnb Boulevard
Hermitage, PA 16148-3363

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Real Time Resolutions
Attn: Bankruptcy
Po Box 36655
Dallas, TX 75235-1655

Specialized Loan Servicing LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

State Farm Bank
Attn: Bankruptcy
Po Box 2328
Bloomington, IL 61702-2328

State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

State Farm Financial Services
1 State Farm Plaza
Bloomington, IL 61710-0001

Rhonda Y. Stearns
513 Russell Road
Cooperstown, PA 16317-3717

Ann E. Swartz
McCabe, Weisberg & Conway, P.C.
ecfmail@mwc-law.com

Synchrony Bank / JCPenneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Titusville Consumer Discount Company
P.O. Box 342
Titusville, PA 16354-0342

Tractor Supply / Cbsd
Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195-0363

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com