# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 17-10325-TPA |
| | : | |
| Rhonda Stearns, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Rhonda Stearns, | : | |
| Movant | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF
## CHANGE OF ADDRESS OF DEBTOR

**Movant(s) Incorrect Address:**
**513 Russell Road, Cooperstown, PA 16317**

**Movant(s) Correct Address:**
**11168 Troy Center Road, Titusville, PA 16354**

Respectfully Submitted,

Date: June 28, 2019

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor