Case 17-10325-TPA    Doc 73    Filed 08/08/19    Entered 08/08/19 11:11:58    Desc Main
Document    Page 1 of 1

FILED
8/8/19 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10325-TPA |
| Rhonda Y. Stearns | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 8/7/2019 |
| | : | Time: | 10:00 |

**PROCEEDING MEMO**

*MATTER:* #67 Application to Employ Special Counsel (Debtor)
#69 Resp. by Trustee

*APPEARANCES:*
  Debtor:   Ronald Cook
  Trustee:  Kate DeSimone (video)

*NOTES:*

Cook: When we filed the case, we listed a potential malpractice claim. We did not know until the attorney in the personal injury case contacted us and said we are close to settlement and asked if they needed to do anything for the bankruptcy case. The gross settlement is in the neighborhood of $5,000.

DeSimone: No, your honor, the Trustee appreciates the concern about it being a class action. We would ask any fees that go to the special counsel be subject to the lodestar analysis.

*OUTCOME:* GRANTED / OE

*/s/ Thomas P. Agresti*

vas