**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-10325 |
| | : | |
| Rhonda Y Stearns, | : | Chapter 13 |
|     Debtor, | : | |
| _____ | : | Related to Docket No: 74 |
| Rhonda Y Stearns, | : | |
|     Movant, | : | Hearing Date and Time: |
| | : | August 7, 2019 at 10:00am |
|     vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order Employing Special Counsel** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **August 9, 2019**         By:    /s/ *Clarissa Bayhurst*
                                                                                                    CLARISSA BAYHURST, PARALEGAL
                                                                                                    FOSTER LAW OFFICES
                                                                                                    PO Box 966
                                                                                                    Meadville, PA 16335
                                                                                                    Tel 814-724-1165
                                                                                                    Fax 814-724-1158

MAILING MATRIX

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Bank serviced by Ally Servicing LLC
P.O. Box 130424
Roseville, MN 55113-0004

Ally Financial
200 Renaissance Center
Detroit, MI 48243-1300

Lisa Cancanon
Weinstein & Riley, P.S.
lisac@w-legal.com

Citibank / Sears
Citicorp Credit Services
Po Box 790040
Saint Louis, MO 63179-0040

Mark G. Claypool
mclaypool@kmgslaw.com

First National Bank Of Pa
1 Fnb Boulevard
Hermitage, PA 16148-3363

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Real Time Resolutions
Attn: Bankruptcy
Po Box 36655
Dallas, TX 75235-1655

Specialized Loan Servicing LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

State Farm Bank
Attn: Bankruptcy
Po Box 2328
Bloomington, IL 61702-2328

State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

State Farm Financial Services
1 State Farm Plaza
Bloomington, IL 61710-0001

Rhonda Y. Stearns
513 Russell Road
Cooperstown, PA 16317-3717

Ann E. Swartz
McCabe, Weisberg & Conway, P.C.
ecfmail@mwc-law.com

Synchrony Bank / JCPenneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Titusville Consumer Discount Company
P.O. Box 342
Titusville, PA 16354-0342

Tractor Supply / Cbsd
Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195-0363

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com