**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/27/20 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>RHONDA Y STEARNS<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>RHONDA Y STEARNS<br><br>Respondents | Case No.17-10325TPA<br><br>Chapter 13<br><br>Document No. 79 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __27th__ day of __April__, 20__20__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Penncrest School District
Attn: Payroll Manager
18741 State Hwy 198 Ste 101
Saegertown, PA 16433

is hereby ordered to immediately terminate the attachment of the wages of RHONDA Y STEARNS, social security number XXX-XX-7237. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RHONDA Y STEARNS.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_[signature]_
                                    jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10325-TPA
Rhonda Y. Stearns                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: nsha              Page 1 of 1              Date Rcvd: Apr 27, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2020.
db             +Rhonda Y. Stearns,    11168 Troy Center Road,    Titusville, PA 16354-2952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
        Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        Daniel P. Foster    on behalf of Debtor Rhonda Y. Stearns dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
        Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
        Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
         mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7