Certificate Number: 02998-PAW-DE-034590909

Bankruptcy Case Number: 17-10325



02998-PAW-DE-034590909

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2020, at 12:39 o'clock PM EDT, Rhonda Y Stearns completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 23, 2020              By:    /s/Angela  McMillan

                                   Name:  Angela  McMillan

                                   Title: Counselor