Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Rhonda Y. Stearns** | : | Case No. 17−10325−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 86 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/16/20 at 12:00 PM |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *The 1st of July, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 86 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before August 17, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***September 16, 2020 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10325-TPA
Rhonda Y. Stearns                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Jul 01, 2020
                              Form ID: 300b           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
```
db          +Rhonda Y. Stearns,    11168 Troy Center Road,    Titusville, PA 16354-2952
sp         #+Alexandra Boone,    Miller Weisbrod LLP,    11551 Forest Central Drive,    Suite 300,
              Dallas, TX 75243-3924
cr          +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14393660    +Citibank / Sears,    Citicorp Credit Services,    Po Box 790040,    Saint Louis, MO 63179-0040
14393661    +First National Bank Of Pa,    1 Fnb Boulevard,    Hermitage, PA 16148-3363
14636560    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
14646400     State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14393666    +Titusville Consumer Discount Company,    P.O. Box 342,    Titusville, PA 16354-0342
14393667    +Tractor Supply / Cbsd,    Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: ally@ebn.phinsolutions.com Jul 02 2020 06:00:07
              Ally Bank serviced by Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
14406673     E-mail/Text: ally@ebn.phinsolutions.com Jul 02 2020 06:00:07     Ally Bank,    PO Box 130424,
              Roseville MN 55113-0004
14393659    +E-mail/Text: ally@ebn.phinsolutions.com Jul 02 2020 06:00:07     Ally Financial,
              200 Renaissance Center,    Detroit, MI 48243-1300
14685877     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 05:59:25
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14393662    +E-mail/Text: bkdepartment@rtresolutions.com Jul 02 2020 06:02:05     Real Time Resolutions,
              Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
14393663    +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:36
              State Farm Bank,    Attn: Bankruptcy,    Po Box 2328,    Bloomington, IL 61702-2328
14393664    +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:37
              State Farm Financial Services,    1 State Farm Plaza,    Bloomington, IL 61710-0001
14393665    +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:58:56     Synchrony Bank / JCPenneys,
              Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Specialized Loan Servicing LLC
cr*            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14886269*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Daniel P. Foster    on behalf of Debtor Rhonda Y. Stearns dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
```

```
District/off: 0315-1           User: jmar              Page 2 of 2             Date Rcvd: Jul 01, 2020
                               Form ID: 300b           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
        Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
        mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        TOTAL: 7