**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RHONDA Y STEARNS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:17-10325 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/31/2017 and confirmed on 6/7/17 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,878.85 |
| Less Refunds to Debtor | 189.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,689.70 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,800.00 | |
|    Trustee Fee | 258.31 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,058.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 1,063.94 | 1,063.94 | 0.00 | 1,063.94 |
|     Acct: 7268 | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7268 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5494 | | | | |
| | | | | 1,063.94 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RHONDA Y STEARNS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RHONDA Y STEARNS | 189.15 | 189.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,897.46 | 273.64 | 0.00 | 273.64 |
|     Acct: 4413 | | | | |
|   STATE FARM BANK FSB | 8,526.10 | 805.20 | 0.00 | 805.20 |
|     Acct: 9573 | | | | |
|   STATE FARM BANK | 5,173.81 | 488.61 | 0.00 | 488.61 |
|     Acct: 4882 | | | | |
|   ANN E SWARTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATHAN SEELY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,567.45 |
| **TOTAL PAID TO CREDITORS** | | | | 2,631.39 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 1,063.94 |
| SECURED | 16,597.37 |

Date: 06/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   RHONDA Y STEARNS

         Debtor(s)

   Ronda J. Winnecour
         Movant
         vs.
   No Repondents.

Case No.:17-10325 TPA

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10325-TPA
Rhonda Y. Stearns                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: jmar              Page 1 of 2              Date Rcvd: Jul 01, 2020
                             Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db         +Rhonda Y. Stearns,    11168 Troy Center Road,    Titusville, PA 16354-2952
sp         #+Alexandra Boone,    Miller Weisbrod LLP,    11551 Forest Central Drive,    Suite 300,
             Dallas, TX 75243-3924
cr         +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14393660   +Citibank / Sears,    Citicorp Credit Services,    Po Box 790040,    Saint Louis, MO 63179-0040
14393661   +First National Bank Of Pa,    1 Fnb Boulevard,    Hermitage, PA 16148-3363
14636560   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
14646400    State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14393666   +Titusville Consumer Discount Company,    P.O. Box 342,    Titusville, PA 16354-0342
14393667   +Tractor Supply / Cbsd,    Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: ally@ebn.phinsolutions.com Jul 02 2020 06:00:07
             Ally Bank serviced by Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
14406673     E-mail/Text: ally@ebn.phinsolutions.com Jul 02 2020 06:00:07      Ally Bank,    PO Box 130424,
             Roseville MN 55113-0004
14393659    +E-mail/Text: ally@ebn.phinsolutions.com Jul 02 2020 06:00:07      Ally Financial,
             200 Renaissance Center,    Detroit, MI 48243-1300
14685877     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 05:58:44
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14393662    +E-mail/Text: bkdepartment@rtresolutions.com Jul 02 2020 06:02:05      Real Time Resolutions,
             Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
14393663    +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:37
             State Farm Bank,    Attn: Bankruptcy,    Po Box 2328,    Bloomington, IL 61702-2328
14393664    +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:37
             State Farm Financial Services,    1 State Farm Plaza,    Bloomington, IL 61710-0001
14393665    +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:57:39      Synchrony Bank / JCPenneys,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank of America, N.A.
cr            Specialized Loan Servicing LLC
cr*          +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14886269*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Daniel P. Foster    on behalf of Debtor Rhonda Y. Stearns dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

```
District/off: 0315-1            User: jmar                  Page 2 of 2                  Date Rcvd: Jul 01, 2020
                                Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lisa   Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
          Mark G. Claypool     on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
           mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                  TOTAL: 7