**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/1/20 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   RHONDA Y STEARNS

          Debtor(s)

   Ronda J. Winnecour
          Movant
      vs.
   No Repondents.

Case No.: 17-10325 TPA

Chapter 13

Document No.: 86

## ORDER OF COURT

AND NOW, this   1st   day of   September  , 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT
_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Rhonda Y. Stearns
    Debtor

Case No. 17-10325-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: nsha      Page 1 of 2      Date Rcvd: Sep 01, 2020
                   Form ID: pdf900      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
```
db            +Rhonda Y. Stearns,    11168 Troy Center Road,    Titusville, PA 16354-2952
sp           #+Alexandra Boone,    Miller Weisbrod LLP,    11551 Forest Central Drive,    Suite 300,
                Dallas, TX 75243-3924
cr            +Specialized Loan Servicing LLC,     14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr            +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14393660      +Citibank / Sears,    Citicorp Credit Services,    Po Box 790040,    Saint Louis, MO 63179-0040
14393661      +First National Bank Of Pa,    1 Fnb Boulevard,    Hermitage, PA 16148-3363
14636560      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
14646400       State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14393666      +Titusville Consumer Discount Company,    P.O. Box 342,    Titusville, PA 16354-0342
14393667      +Tractor Supply / Cbsd,    Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: ally@ebn.phinsolutions.com Sep 02 2020 12:08:59
                Ally Bank serviced by Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
14406673       E-mail/Text: ally@ebn.phinsolutions.com Sep 02 2020 12:08:59     Ally Bank,    PO Box 130424,
                Roseville MN 55113-0004
14393659      +E-mail/Text: ally@ebn.phinsolutions.com Sep 02 2020 12:08:59     Ally Financial,
                200 Renaissance Center,    Detroit, MI 48243-1300
14685877       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2020 12:33:00
                Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
14393662      +E-mail/Text: bkdepartment@rtresolutions.com Sep 02 2020 12:10:04     Real Time Resolutions,
                Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
14393663      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Sep 02 2020 12:09:17
                State Farm Bank,    Attn: Bankruptcy,    Po Box 2328,    Bloomington, IL 61702-2328
14393664      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Sep 02 2020 12:09:17
                State Farm Financial Services,    1 State Farm Plaza,    Bloomington, IL 61710-0001
14393665      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2020 12:32:42     Synchrony Bank / JCPenneys,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Specialized Loan Servicing LLC
cr*           +Specialized Loan Servicing LLC,     14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14886269*     +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
                                                                                  TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:
         Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
         Daniel P. Foster    on behalf of Debtor Rhonda Y. Stearns dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com
         James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

```
District/off: 0315-1          User: nsha              Page 2 of 2            Date Rcvd: Sep 01, 2020
                              Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com,
     Llombardi06@law.du.edu
    Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
     mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                    TOTAL: 7