**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rhonda Y. Stearns**
Debtor(s)

Bankruptcy Case No.: 17–10325–TPA

Chapter: 13

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: September 8, 2020

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10325-TPA
Rhonda Y. Stearns                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: nsha              Page 1 of 1           Date Rcvd: Sep 08, 2020
                            Form ID: 129            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db            +Rhonda Y. Stearns,    11168 Troy Center Road,    Titusville, PA 16354-2952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Daniel P. Foster    on behalf of Debtor Rhonda Y. Stearns dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com,
           Llombardi06@law.du.edu
          Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
           mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7